UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| NAZIE AZAM ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> COLDWELL BANKER RESIDENTIAL BROKERAGE CO. ET AL. <br><br> Defendants. | Case No. SACV 15-0017 AG (DFMx) <br><br> **JUDGMENT** |

The Court enters Judgment in favor of Defendants and against Plaintiffs.

Dated March 14, 2016

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT